1  J. Andrew Coombs (SBN 123881)
2  Annie S. Wang (SBN 243027)
   J. Andrew Coombs, A P. C.
3  517 E. Wilson Ave., Suite 202
   Glendale, California 91206
4  Telephone: (818) 500-3200
   Facsimile:  (818) 500-3201
5
6  andy@coombspc.com
   annie@coombspc.com
7  Attorneys for Plaintiff
   Adobe Systems Incorporated
8
9                  UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA
11
   Adobe Systems Incorporated,          )  Case No. C08 00698 JL
12                                      )
                    Plaintiff,          )  NOTICE OF INTERESTED
13     v.                               )  PARTIES
                                        )
14 Corey C. Ressler and Does 1 – 10, inclusive, )  CIVIL LOCAL RULE 3-16(c)(1)
                                        )
15                  Defendants.         )
16
17     Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than
18 the named parties, there is no such interest to report.
19
20 Dated: January 30, 2008              J. Andrew Coombs, A Professional Corp.
21
22                                      By: _____
                                             J. Andrew Coombs
23                                           Annie S. Wang
                                        Attorney for Plaintiff Adobe Systems Incorporated
24
25
26
27
28

Adobe v. Ressler: Notice of Interested Parties         - 1 -

Stamps: ORIGINAL FILED 08 JAN 30 PM, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NO. DIST. OF CA S.F.; ADR; E-FILING; ORIGINAL