J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile:  (818) 500-3201

andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| Adobe Systems Incorporated, | ) | Case No. CV08-0698 MMC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF J. ANDREW COOMBS IN SUPPORT** |
| Corey C. Ressler and Does 1 – 10, inclusive, | ) | |
| Defendants. | ) | |

    Plaintiff Adobe Systems Incorporated, ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter the default in this matter against Defendant Corey C. Ressler ("Defendant") on the grounds that the Defendant has failed to respond to the Complaint in this action within the time proscribed by the Federal Rules of Civil Procedure.

    Plaintiff served the Summons and Complaint on Defendant on or about February 12, 2008.

    Proof of service was previously filed with the Court on or about March 11, 2008.

/ / /

/ / /

Adobe v. Ressler, et al.: Request for Entry of Default     - 1 -

1
2      The above stated facts are set forth in the accompanying declaration of J. Andrew Coombs
3  filed herewith.
4
5  DATED: March 20, 2008                    J. Andrew Coombs, A Professional Corp.
6
7                                           By:    J. Andrew Coombs
8                                                  Annie S. Wang
                                             Attorneys for Plaintiff Adobe Systems Incorporated
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF J. ANDREW COOMBS

I, J. ANDREW COOMBS, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California and the United States District Court for the Northern District of California. I am an attorney for Plaintiff Adobe Systems Incorporated, ("Plaintiff") in an action styled <u>Adobe Systems Incorporated v. Corey C. Ressler, et al.</u> I make this Declaration in support of Plaintiff's request that the Court Clerk enter default in this matter against Defendant Corey C. Ressler. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I am informed and believe the Defendant was served with Summons and Complaint on or about February 12, 2008.

3. I am informed and believe that father of the Defendant informed the process server that his son was not a member of the United States military during the substituted service of the Summons and Complaint, which occurred on or about February 12, 2008. A true and correct copy of the process server's invoice referencing the above is attached hereto as Exhibit A. Based upon this information, I am informed and believe Defendant is not currently serving in the military.

4. On or about March 11, 2008, Plaintiff filed the proof of service on Defendant with the Court.

5. To my knowledge, Defendant has never contacted Plaintiff's counsel.

6. On or about March 14, 2008, my office sent to Defendant a letter regarding the filing of this Request for Entry of Default. A true and correct copy of the letter is attached hereto as Exhibit B.

7. I am unaware of any response to the Complaint in this action within the time proscribed by the Federal Rules of Civil Procedure, and have confirmed this on PACER on March 20, 2008. I am informed and believe that there has been no response to the Complaint from Defendant.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this 20th day of March, 2008, at Glendale, California.

_____
J. ANDREW COOMBS

Adobe v. Ressler, et al.: Request for Entry of Default        - 3 -





**(213) 628-6338**
1545 Wilshire Blvd., 311
Los Angeles, CA 90017
www.janneyandjanney.com
IRS 95-3267524

**INVOICE DATE:** 02/25/2008                **INVOICE NUMBER:** 1255359-1

Client No.   10713
Client   J. ANDREW COOMBS
Address   517 E. WILSON ST. #202
          GLENDALE, CA 91206
Phone:   (818) 500-3200    Fax: (818) 500-3201
Client File No.:
Contact:   JEREMY

**Route#:** LA-5
**Server#:** 777

Case No.:   C0800698JL
Court:   USDC - NORTHERN DISTRICT - OAKLAND
Plaintiff:   ADOBE SYSTEMS INC
Defendant:   COREY C. RESSLER ET AL
Servee:   COREY C. RESSLER

Documents:
  SEE ATTACHMENT

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| Served: COREY C. RESSLER at 1540 KUSER ROAD # A-2, HAMILTON, NJ 08619. On 02/12/2008 04:00 pm<br><br>**SUBJECT IS NOT IN THE MILITARY.** | Rush Service | 185.00 |

EXHIBIT A PAGE 1

**INVOICE TOTAL**   $ 185.00

Order#: 1255359-1/InvPro



LAW OFFICES
## J. ANDREW COOMBS
A PROFESSIONAL CORPORATION
517 EAST WILSON AVENUE, SUITE 202
GLENDALE, CALIFORNIA 91206-5902
TELEPHONE (818) 500-3200
FACSIMILE (818) 500-3201

March 14, 2008

<u>**Via First Class Mail**</u>

Mr. Corey C. Ressler
1540 Kuser Rd., #A-2
Hamilton, New Jersey 08619

        Re:    <u>**Adobe Systems Incorporated v. Corey C. Ressler, et al.**</u>
                U.S. District Court Case No.:  CV08-0698 MMC

Dear Mr. Ressler:

       Our records indicate that you were served on or about February 12, 2008, and were required to file an Answer to the Complaint on or before March 13, 2008.

       As there have been no extensions of time to respond, you are currently in technical default. Accordingly, we will request an entry of default against you on March 20, 2008, should we not receive an Answer to the Complaint or you not contact us by close of business March 19, 2008.

       This letter is not a complete statement of Adobe Systems Incorporated's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies or defenses in connection with this matter, all of which are expressly reserved.

Very truly yours,
J. Andrew Coombs, A P.C.

By: J. Andrew Coombs
Counsel for Adobe Systems Incorporated

JAC:jjc

EXHIBIT B PAGE 2

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On March 25, 2008, I served on the interested parties in this action with the:

- **REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF J. ANDREW COOMBS IN SUPPORT**

for the following civil action:

<u>Adobe Systems Incorporated v. Corey C. Ressler, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Corey C. Ressler
1540 Kuser Rd., #A-2
Hamilton, New Jersey 08619

Place of Mailing: Glendale, California
Executed on March 25, 2008, at Glendale, California

_____
Jeremy Cordero