**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                      415.522.2000

March 31, 2008

RE:  <u>CV 08-00698 MMC        ADOBE SYSTEMS INCORPORATED-v- COREY C.</u>
<u>RESSLER, ET AL.</u>

Default is entered as to defendant Corey C. Ressler on 03/31/08. All parties noticed via e-mail or U.S. mail.

RICHARD W. WIEKING, Clerk

by<u>Alfred Amistoso</u>
Case Systems Administrator

NDC TR-4  Rev. 3/89