1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A P. C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile:  (818) 300-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8                          UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| Adobe Systems Incorporated, | ) | Case No. CV08-698 MMC |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | ADMINISTRATIVE REQUEST FOR |
| v. | ) | CONTINUANCE OF CASE |
|  | ) | MANAGEMENT CONFERENCE |
| Corey C. Ressler, et al. | ) |  |
|  | ) |  |
| Defendants. | ) |  |

Plaintiff Adobe Systems Incorporated ("Plaintiff") hereby requests a continuance of the Case Management Conference currently on calendar for May 7, 2008, and all associated dates, to a new Case Management Conference date of July 11, 2008, or a date thereafter acceptable to the Court based on the following:

Plaintiff served the Summons and Complaint on Defendant Corey C. Ressler on or about February 12, 2008.

Proof of service of was previously filed with the Court on or about March 11, 2008.

A request for entry of default was filed with the Court on or about March 25, 2008, and default was entered on March 31, 2008.

Whereas a continuance will allow Plaintiff to prepare and file necessary documentation to move the case toward a final conclusion.

DATED: May 2, 2008                    J. Andrew Coombs, A Professional Corp.

                                      By: ___/s/ Annie S. Wang_____
                                            J. Andrew Coombs
                                            Annie S. Wang
                                      Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Ressler: Req. to Continue CMC          - 1 -

### DECLARATION OF ANNIE S.WANG

I, Annie S. Wang, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California and the United States District Court for the Northern District of California. I am an attorney for Plaintiff Adobe Systems Incorporated ("Plaintiff") in an action styled <u>Adobe Systems Incorporated v. Ressler, et al.</u> I make this declaration in support of Plaintiff's administrative request that the Court continue the case management conference. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2 I am informed and believe the Defendant Corey C. Ressler ("Defendant") was served with Summons and Complaint on or about February 12, 2008.

3. I am informed and believe that on or about March 11, 2008, Plaintiff filed the proof of service on Defendant with the Court.

4. I am informed and believe a request for entry of default was filed with the Court on or about March 25, 2008 and default was entered on March 31, 2008.

5. A continuance will allow Plaintiff to prepare and file necessary documentation to move the case toward a final conclusion.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this 2nd day of May, 2008, at Glendale, California.

                                                                                  /s/ Annie S. Wang  
                                                                                    ANNIE S. WANG

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the below-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On May 2, 2008, I served a copy on the interested parties in this action with the:

ADMINISTRATIVE REQUEST FOR
CONTINUANCE OF CASE MANAGEMENT CONFERENCE

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

for the following civil action:

Adobe Systems Incorporated v. Corey C. Ressler, et al.

to:

Corey C. Ressler
1540 Kuser Road, #A-2
Hamilton, New Jersey 08619

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Place of Mailing: Glendale, California.
Executed on May 2, 2008 at Glendale, California.

_____
Annie S. Wang

1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A P. C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:  (818) 500-3200
5  Facsimile:   (818) 300-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8                          UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

10 Adobe Systems Incorporated,            )   Case No. CV08-698 MMC
                                          )
11              Plaintiff,                )   [PROPOSED] ORDER CONTINUING
           v.                             )   CASE MANAGEMENT CONFERENCE
12                                        )
   Corey C. Ressler, et al.               )
13                                        )
                Defendants.               )
14

15     WHEREAS Plaintiff Adobe Systems Incorporated ("Plaintiff") filed its administrative

16 request to continue the Case Management Conference and good cause being shown, the Case

17 Management Conference currently on calendar for May 7, 2008 at 10:30 a.m. is hereby continued

18 to _____, 2008 at _____, and all associated dates continued accordingly.

19     IT IS SO ORDERED.

20

21 DATED:

22                                            _____

23                                            Hon. Maxine M. Chesney
                                               Judge, United States District Court, Northern
                                               District of California
24

25 PRESENTED BY:
   J. Andrew Coombs, A Professional Corp.
26
   By:    /s/ Annie S. Wang
27          J. Andrew Coombs
            Annie S. Wang
28 Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Ressler: Proposed Order Continuing CMC            - 1 -

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the below-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On May 2, 2008, I served a copy on the interested parties in this action with the:

ADMINISTRATIVE REQUEST FOR
CONTINUANCE OF CASE MANAGEMENT CONFERENCE

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

for the following civil action:

<u>Adobe Systems Incorporated v. Corey C. Ressler, et al.</u>

to:

Corey C. Ressler
1540 Kuser Road, #A-2
Hamilton, New Jersey 08619

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Place of Mailing: Glendale, California.
Executed on May 2, 2008 at Glendale, California.

_____
Annie S. Wang