1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A P. C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 300-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8                          UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

10 Adobe Systems Incorporated,           )   Case No. CV08-698 MMC
                                         )
11              Plaintiff,               )   [~~PROPOSED~~] ORDER CONTINUING
          v.                             )   CASE MANAGEMENT CONFERENCE
12                                       )
   Corey C. Ressler, et al.              )   AND SETTING DEADLINE TO FILE
13                                       )   MOTION FOR DEFAULT JUDGMENT
                Defendants.              )
14

15      WHEREAS Plaintiff Adobe Systems Incorporated ("Plaintiff") filed its administrative

16 request to continue the Case Management Conference and good cause being shown, the Case

17 Management Conference currently on calendar for May ~~7~~ 9, 2008 at 10:30 a.m. is hereby continued

18 to  August 22 , 2008 at 10:30 a.m. , and all associated dates continued accordingly.

19      IT IS SO ORDERED.    Further, plaintiff shall file a motion for default judgment no later
                             than June 13, 2008.
20

21 DATED: May 6, 2008

22                                              _____
                                                Hon. Maxine M. Chesney
23                                              Judge, United States District Court, Northern
                                                District of California
24

25 PRESENTED BY:
   J. Andrew Coombs, A Professional Corp.
26
   By:    /s/ Annie S. Wang
27         J. Andrew Coombs
           Annie S. Wang
28 Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Ressler: Proposed Order Continuing CMC       - 1 -