J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff
Adobe Systems Incorporated

ORIGINAL FILED
MAY 09 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>　　　　　Plaintiff,<br>　v.<br>Cory C. Ressler, Paul A. Ressler and Does 2 – 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV08-698 MMC<br><br>NOTICE OF INTERESTED PARTIES<br><br>CIVIL LOCAL RULE 3-16(c)(1) |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 7, 2008                J. Andrew Coombs, A Professional Corp.

　　　　　　　　　　　　　　　　By: ___/s/ Annie S. Wang___
　　　　　　　　　　　　　　　　　　　J. Andrew Coombs
　　　　　　　　　　　　　　　　　　　Annie S. Wang
　　　　　　　　　　　　　　Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Ressler: First Amended Notice of Interested Parties    - 1 -