J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>     Plaintiff,<br>v.<br><br>Corey C. Ressler, Paul A. Ressler and Does 2 – 10, inclusive,<br><br>     Defendants. | Case No. CV08-0698 MMC<br><br>**REQUEST FOR ENTRY OF DEFAULT; DECLARATION IN SUPPORT** |

Plaintiff Adobe Systems Incorporated, ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter the default in this matter against Defendant Paul A. Ressler ("Defendant") on the grounds that the Defendant has failed to respond to the First Amended Complaint in this action within the time proscribed by the Federal Rules of Civil Procedure.

Plaintiff served the Summons and First Amended Complaint on Defendant on or about May 16, 2008.

Proof of service was previously filed with the Court on or about June 6, 2008.

/ / /

/ / /

Adobe v. Ressler, et al.: Request for Entry of Default
- 1 -

The above stated facts are set forth in the accompanying declaration of Annie S. Wang filed herewith.

DATED: June 6, 2008                    J. Andrew Coombs, A Professional Corp.

                                                                   _____/s/ Annie S. Wang_____
By:    J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

**DECLARATION OF ANNIE S. WANG**

I, ANNIE S. WANG, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California and the United States District Court for the Northern District of California. I am an attorney for Plaintiff Adobe Systems Incorporated, ("Plaintiff") in an action styled <u>Adobe Systems Incorporated v. Corey C. Ressler, et al.</u> I make this Declaration in support of Plaintiff's request that the Court Clerk enter default in this matter against Defendant Paul A. Ressler ("Defendant"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I am informed and believe the Defendant was served with the Summons and First Amended Complaint on or about May 16, 2008.

3. On or about June 6, 2008, Plaintiff filed the proof of service on Defendant with the Court.

4. On or about May 20, 2008, I spoke with Defendant by telephone. During this phone conversation I indicated to Defendant his need to respond to the First Amended Complaint as well as the deadline for such response. I am informed and believe Defendant has not contacted my office since on or about May 20, 2008.

5. I am unaware of any response to the First Amended Complaint in this action within the time proscribed by the Federal Rules of Civil Procedure, and have confirmed this on PACER on June 6, 2008. I am informed and believe that there has been no response to the First Amended Complaint from Defendant.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this 6th day of June, 2008, at Glendale, California.


                                                  __/s/ Annie S. Wang_____
                                                  ANNIE S. WANG

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On June 6, 2008, I served on the interested parties in this action with the:

**REQUEST FOR ENTRY OF DEFAULT; DECLARATION IN SUPPORT**

for the following civil action:

<u>Adobe Systems Incorporated v. Corey C. Ressler, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Corey C. Ressler<br>1540 Kuser Rd., #A-2<br>Hamilton, New Jersey 08619 | Paul Ressler<br>1540 Kuser Rd., #A-2<br>Hamilton, New Jersey 08619 |
|---|---|

Place of Mailing: Glendale, California
Executed on June 6, 2008, at Glendale, California

_____
Annie Wang