J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 300-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| Adobe Systems Incorporated, | ) | Case No. CV08-698 MMC |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER CONTINUING DEADLINE TO FILE DEFAULT JUDGMENT MOTION AGAINST DEFENDANTS |
| v. | ) | |
| Corey C. Ressler, et al. | ) | |
| Defendants. | ) | |

WHEREAS Plaintiff Adobe Systems Incorporated ("Plaintiff") filed its request to continue the deadline set by the Court to file its Motion for Default Judgment against all Defendants, and good cause being shown, the deadline to file such motion currently set for June 13, 2008, is hereby continued to __July 3_____, 2008.

IT IS SO ORDERED.

DATED: June 9, 2008

_____
Hon. Maxine M. Chesney
Judge, United States District Court, Northern District of California

PRESENTED BY:
J. Andrew Coombs, A Professional Corp.

By: ___/s/ Annie S. Wang_____
   J. Andrew Coombs
   Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Ressler: Proposed Order Continuing Deadline to File Default Motion    - 1 -