1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A. P. C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 300-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8                     UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

10 Adobe Systems Incorporated,            )  Case No. CV 08-698 MMC
                                          )
11                 Plaintiff,             )  ADMINISTRATIVE REQUEST TO
           v.                             )  VACATE CASE MANAGEMENT
12                                        )  CONFERENCE AND REQUEST FOR
   Ressler, et al.,                       )  TELEPHONIC APPEARANCE;
13                 Defendants.            )  DECLARATION IN SUPPORT
                                          )
14

15         Plaintiff Adobe Systems Incorporated ("Plaintiff") hereby requests the Court vacate the

16 Case Management Conference currently on calendar for August 22, 2008, based on Plaintiff's

17 filing of its Motion for Default Judgment, which is currently set for hearing on August 8, 2008.

18         Plaintiff also requests that the Court permit it to make a telephonic appearance for the

19 hearing on Default Judgment in light of the Defendants' defaults in this matter and in the interests

20 of efficiency as counsel for Plaintiff is based near Los Angeles, California.

21
22 DATED: July 17, 2008               J. Andrew Coombs, A Professional Corp.

23                                    By: ___/s/ Annie S. Wang_____
                                          J. Andrew Coombs
24                                        Annie S. Wang
                                          Attorneys for Plaintiff Adobe Systems Incorporated
25
26
27
28

Adobe v. Ressler: Req. to Vacate CMC and for Telephonic        - 1 -
Appearance

# DECLARATION OF ANNIE S. WANG

I, Annie S. Wang, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California and the United States District Court for the Northern District of California. I am an attorney for Plaintiff Adobe Systems Incorporated ("Plaintiff") in an action styled <u>Adobe Systems Incorporated v. Ressler, et al.</u> I make this declaration in support of Plaintiff's administrative request that the Court vacate the case management conference and Plaintiff's request for leave to make a telephonic appearance. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I am informed and believe that on or about July 1, 2008, Plaintiff filed its Motion for Default Judgment against Defendants after Defendants failed to respond and their defaults were entered.

3. I am informed and believe Plaintiff's Motion for Default Judgment is currently set for hearing on August 8, 2008, in San Francisco.

4. I am informed and believe that interests of efficiency shall be served by permitting counsel based near Los Angeles, California to appear telephonically.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this 17th day of July, 2008, at Glendale, California.

                         /s/ Annie S. Wang
                         ANNIE S. WANG

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On July 17, 2008, I served on the interested parties in this action with the:
- ADMINISTRATIVE REQUEST TO VACATE CASE MANAGEMENT CONFERENCE AND REQUEST FOR TELEPHONIC APPEARANCE; DECLARATION IN SUPPORT
  - [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE AND GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE

for the following civil action:

<u>Adobe Systems Incorporated v. Corey C. Ressler, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Corey C. Ressler<br>1540 Kuser Rd., #A-2<br>Hamilton, New Jersey 08619 | Courtesy Copy to:<br>Mark H. Jaffe<br>Attorney At Law<br>195 Nassau Street #30<br>Princeton, New Jersey 08542 |
| Paul Ressler<br>1540 Kuser Rd., #A-2<br>Hamilton, New Jersey 08619 | |

Place of Mailing: Glendale, California
Executed on July 17, 2008, at Glendale, California

*/s/ Katrina Bartolome*
Katrina Bartolome

1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A P. C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 300-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8                  UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

10 Adobe Systems Incorporated,          )  Case No. CV 08-698 MMC
                                        )
11                Plaintiff,            )  [PROPOSED] ORDER VACATING
           v.                           )  CASE MANAGEMENT CONFERENCE
12                                      )  AND GRANTING PLAINTIFF'S
   Ressler, et al.,                     )  REQUEST FOR TELEPHONIC
13                Defendants.           )  APPEARANCE

14         WHEREAS Plaintiff Adobe Systems Incorporated ("Plaintiff") filed its administrative

15 request to vacate the Case Management Conference in light of the pending Default Judgment

16 Motion, and good cause being shown, the Case Management Conference currently on calendar for

17 August 22, 2008 at 10:30 a.m. is hereby vacated.

18         Plaintiff is also permitted to make a telephonic appearance for the Default Judgment

19 hearing on calendar for August 8, 2008.

20         IT IS SO ORDERED.

21 DATED:

22
                                        _____
23                                      Hon. Maxine M. Chesney
                                        United States District Judge
24 PRESENTED BY:
   J. Andrew Coombs, A Professional Corp.
25
   By:   /s/ Annie S. Wang
26       J. Andrew Coombs
         Annie S. Wang
27 Attorneys for Plaintiff Adobe Systems Incorporated

28

Adobe v. Ressler: Proposed Order Vacating CMC and Granting         - 1 -
Telephonic Appearance

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On July 17, 2008, I served on the interested parties in this action with the:
- ADMINISTRATIVE REQUEST TO VACATE CASE MANAGEMENT CONFERENCE AND REQUEST FOR TELEPHONIC APPEARANCE; DECLARATION IN SUPPORT
  - [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE AND GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE

for the following civil action:

<u>Adobe Systems Incorporated v. Corey C. Ressler, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Corey C. Ressler<br>1540 Kuser Rd., #A-2<br>Hamilton, New Jersey 08619 | Courtesy Copy to:<br>Mark H. Jaffe<br>Attorney At Law<br>195 Nassau Street #30<br>Princeton, New Jersey 08542 |
|---|---|
| Paul Ressler<br>1540 Kuser Rd., #A-2<br>Hamilton, New Jersey 08619 | |

Place of Mailing: Glendale, California
Executed on July 17, 2008, at Glendale, California

_____
Katrina Bartolome