IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>COREY C. RESSLER, et al.,<br><br>    Defendants<br>_____/ | No. C-08-0698 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT; VACATING HEARING** |

    Before the Court is plaintiff Adobe Systems Incorporated's "Motion for Entry of Default Judgment," filed July 1, 2008.  Defendants Corey C. Ressler and Paul A. Ressler, although served with the motion, have not filed a response.

    In its motion, plaintiff seeks an award of statutory damages and post-judgment interest thereon, as well as a permanent injunction to prohibit defendants from selling unauthorized copies of plaintiff's copyrighted software and from infringing plaintiff's trademarks.  (See Mot. at ii. ¶ 6, 1:12-15).  Having read and considered the papers filed in support of the motion, the Court finds the matter suitable decision thereon, VACATES the hearing scheduled for August 8, 2008, and, for the reasons stated by plaintiff, GRANTS the motion, as follows:

    1.  Defendants are jointly and severally liable to plaintiff for damages in the amount of $250,000, plus post-judgment interest thereon.

    2.  Defendants, their agents, servants, employees and all persons in active concert

1 and participation with them who receive actual notice of this injunction are hereby
2 restrained and enjoined from infringing plaintiff's Copyrights, identified in Exhibit A attached
3 hereto, and Trademarks, identified in Exhibit B attached hereto, either directly or
4 contributorily in any manner, including generally, but not limited to, manufacturing,
5 importing, distributing, advertising, selling and/or offering for sale any merchandise that
6 features any of plaintiff's Copyrights and Trademarks, and, specifically, from:

      a. Importing, manufacturing, distributing, advertising, selling and/or offering for sale unauthorized counterfeit products or any other unauthorized products that picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of plaintiff's Copyrights and Trademarks;

      b. Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers that picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of plaintiff's Copyrights and Trademarks;

      c. Engaging in any conduct that tends to falsely represent, or is likely to confuse, mislead or deceive purchasers, customers and/or members of the public into believing, that the actions of defendants, the products sold by defendants, or defendants themselves are connected or affiliated with, or sponsored, approved or licensed by, plaintiff; and/or

      d. Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of plaintiff.

    3. The Clerk is directed to enter a final judgment and to close the case.

**IT IS SO ORDERED.**

Dated: July 21, 2008

                                          MAXINE M. CHESNEY
                                          United States District Judge

EXHIBIT A
Copyright Registrations

| Title of Work | Copyright Registration No. |
|---|---|
| Acrobat 3D | TX0006277233 |
| Acrobat Capture 1.0. | TX0004559023 |
| Acrobat Capture 1.0. | TX0004559023 |
| Acrobat Capture 2.0. | TX0004509574 |
| Acrobat Capture 2.0. | TX0004509574 |
| Acrobat Catalog for Windows. | TX0004001286 |
| Acrobat Catalog for Windows. | TX0004001286 |
| Acrobat Distiller 2.1 for Macintosh. | TX0004169553 |
| Acrobat Distiller 2.1 for Macintosh. | TX0004169553 |
| Acrobat Distiller 2.1 for Microsoft Windows. | TX0004169555 |
| Acrobat Distiller 2.1 for Microsoft Windows. | TX0004169555 |
| Acrobat Distiller for Microsoft Windows. | TX0003893510 |
| Acrobat Distiller for Microsoft Windows. | TX0003893510 |
| Acrobat Exchange 2.0 for Macintosh. | TX0004001287 |
| Acrobat Exchange 2.0 for Macintosh. | TX0004001287 |
| Acrobat Exchange 2.1 for Macintosh. | TX0004169554 |
| Acrobat Exchange 2.1 for Macintosh. | TX0004169554 |
| Acrobat Exchange 2.1 for UNIX. | TX0004231310 |
| Acrobat Exchange 2.1 for UNIX. | TX0004231310 |
| Acrobat Exchange and Acrobat Reader for Macintosh. | TX0003611923 |
| Acrobat Exchange and Acrobat Reader for Macintosh. | TX0003611923 |
| Acrobat Exchange and Acrobat Reader for Windows. | TX0003611922 |
| Acrobat Exchange and Acrobat Reader for Windows. | TX0003611922 |
| Acrobat Reader 2.0 for Windows. | TX0003893506 |
| Acrobat Reader 2.0 for Windows. | TX0003893506 |
| Acrobat Reader 3.0. | TX0004509573 |
| Acrobat Reader 3.0. | TX0004509573 |
| Acrobat Search for Macintosh. | TX0003991344 |
| Acrobat Search for Windows. | TX0003978856 |
| Acrobat Search for Windows. | TX0003978856 |
| Acrobat. | TX0001644799 |
| Adobe Accelio Capture Advanced Client 4.0 for Windows. | TX0005553357 |
| Adobe Accelio Integrate Suite 6.0 for Windows. | TX0005553342 |
| Adobe Acrobat 3.0 for Macintosh, Windows and UNIX. | TX0004583920 |
| Adobe Acrobat 3.0 for Macintosh, Windows and UNIX. | TX0004583920 |
| Adobe Acrobat 4.0. | TX0004961793 |
| Adobe Acrobat 5.0 for Macintosh. | TX0005545266 |
| Adobe Acrobat 5.0 for Windows. | TX0005545265 |
| Adobe Acrobat 5.0 Getting Started Guide. | TX0005545267 |
| Adobe Acrobat 6.0 for Macintosh. | TX0005748744 |
| Adobe Acrobat 6.0 for Windows. | TX0005748745 |
| Adobe Acrobat 7.0 Standard for Macintosh. | TX0006045087 |
| Adobe Acrobat 7.0 Standard for Windows. | TX0006045086 |
| Adobe Acrobat 8 Professional for Macintosh. | TX0006390830 |
| Adobe Acrobat 8 Professional for Windows. | TX0006390827 |

Adobe v. Ressler, et al.: [Proposed] Judgment Pursuant to Default    -6-

| | | |
|---|---|---|
| 1 | Adobe Acrobat 8 Standard for Macintosh. | TX0006390829 |
| 2 | Adobe Acrobat 8 Standard for Windows. | TX0006390828 |
| | Adobe Acrobat Approval 5.0 for Macintosh. | TX0005654837 |
| 3 | Adobe Acrobat Approval 5.0 for Macintosh. | TX0005654837 |
| | Adobe Acrobat Approval 5.0 for Windows. | TX0005436556 |
| 4 | Adobe Acrobat Capture 3.0 source code. | TX0005199559 |
| | Adobe Acrobat Connect 1.0 for Macintosh. | TX0006390834 |
| 5 | Adobe Acrobat Connect 1.0 for Windows. | TX0006390835 |
| | Adobe Acrobat Distiller Server 5.0.5. | TX0005758527 |
| 6 | Adobe Acrobat Distiller Server 6.0 for UNIX. | TX0005847807 |
| | Adobe Acrobat Distiller Server 6.0 for Windows. | TX0005847832 |
| 7 | Adobe Acrobat eBook Reader v. 2.0. | TX0005335249 |
| | Adobe Acrobat eBook Reader v. 2.0. | TX0005335250 |
| 8 | Adobe Acrobat Elements 1.0 for Windows. | TX0005611299 |
| | Adobe Acrobat Elements 6.0 for Windows. | TX0005780821 |
| 9 | Adobe Acrobat Elements Server 6.0 for Windows. | TX0005848340 |
| 10 | Adobe Acrobat Fill in 4.0. | TX0004241942 |
| | Adobe Acrobat Inproduction 1.0. | TX0005200942 |
| 11 | Adobe Acrobat Inproduction 1.0. | TX0005200942 |
| | Adobe Acrobat Messenger 1.0. | TX0005241268 |
| 12 | Adobe Acrobat Reader 5.0 for Macintosh. | TX0005412874 |
| | Adobe Acrobat Reader 5.0 for Windows. | TX0005412875 |
| 13 | Adobe Acrobat Reader 5.0.5 for AIX. | TX0005605114 |
| 14 | Adobe Acrobat Reader 5.0.5 for HP-UX. | TX0005605113 |
| | Adobe Acrobat Reader 5.0.5 for Solaris. | TX0005617024 |
| 15 | Adobe Acrobat Reader 5.05 for Linux. | TX0005617021 |
| | Adobe Acrobat Reader 5.1 for Macintosh. | TX0005620676 |
| 16 | Adobe Acrobat Reader 5.1 for Windows. | TX0005620677 |
| | Adobe Acrobat Reader for Palm OS 1.0 for Windows. | TX0005422793 |
| 17 | Adobe Acrobat Reader for Palm OS 2.0 (Macintosh) | TX0005617023 |
| | Adobe Acrobat Reader for Palm OS 2.0 (Windows) | TX0005617022 |
| 18 | Adobe Acrobat Reader for Palm OS Beta Windows. | TX0005422794 |
| 19 | Adobe Acrobat Reader for Pocket PC : Version 1.0. | TX0005489269 |
| | Adobe ActiveShare 1.0. | TX0005086423 |
| 20 | Adobe ActiveShare 1.5 for Windows. | TX0005267528 |
| | Adobe After Effects : 7.0 Professional for Windows. | TX0006277334 |
| 21 | Adobe After Effects : Version 5.0 for Macintosh. | TX0005392887 |
| | Adobe After Effects : Version 5.0 for Windows. | TX0005438054 |
| 22 | Adobe After Effects : Version 5.5 for Macintosh. | TX0005493399 |
| | Adobe After Effects : Version 5.5 for Windows. | TX0005493400 |
| 23 | Adobe After Effects : Version 6.0 for Macintosh. | TX0005777908 |
| | Adobe After Effects : Version 6.0 for Windows. | TX0005777907 |
| 24 | Adobe After Effects 3.0 for Macintosh. | TX0004643401 |
| 25 | Adobe After Effects 4.0 for Macintosh and Windows. | TX0005011464 |
| | Adobe After Effects 5.5 Plug-in Power Pack for MacIntosh. | TX0005546626 |
| 26 | Adobe After Effects 5.5 Plug-in Power Pack for Windows. | TX0005546627 |
| | Adobe After Effects 6.5 for Macintosh. | TX0005934788 |
| 27 | Adobe After Effects 7.0 Standard for Macintosh. | TX0006277333 |
| | Adobe After Effects 7.0 Standard for Windows. | TX0006277335 |
| 28 | | |

Adobe v. Ressler, et al.: [Proposed] Judgment Pursuant to Default      - 1 -

| | | |
|---|---|---|
| 1 | Adobe After Effects CS3 Professional for Windows and Macintosh. | TX0006457851 |
| | Adobe After Effects Production Bundle : Version 5.5 for Macintosh. | TX0005493398 |
| 2 | Adobe After Effects Production Bundle : Version 5.5 for Windows. | TX0005493401 |
| 3 | Adobe After Effects Production Bundle 5.0 for Macintosh. | TX0005392886 |
| | Adobe After Effects Production Bundle 5.0 for Windows. | TX0005392888 |
| 4 | Adobe After Effects Version 6.5 for Windows. | TX0005934787 |
| | Adobe AlterCast 1.5 for Solaris. | TX0005520581 |
| 5 | Adobe AlterCast 1.5 for Windows. | TX0005520583 |
| | Adobe Atmosphere : Version 1.0 Public Beta. | TX0005401513 |
| 6 | Adobe Atmosphere 1.0 for Windows. | TX0005780857 |
| | Adobe Atmosphere Player 1.0 for Windows. | TX0005748760 |
| 7 | Adobe Audition 1.0 for Windows. | TX0005777207 |
| | Adobe Audition 1.5 for Windows. | TX0005932189 |
| 8 | Adobe Audition 2.0 for Windows. | TX0006277359 |
| 9 | Adobe Audition 3.0 for Windows. | TX0006816095 |
| | Adobe Barcoded Paper Forms Solution 1.0 for Macintosh. | TX0005936309 |
| 10 | Adobe Captivate 2 for Windows. | TX0006390833 |
| | Adobe Carlson Regular. | TX0003374876 |
| 11 | Adobe Caslon Alternate Bold Italic : Version 001.000. | TX0003501138 |
| 12 | Adobe Caslon Alternate Bold. | TX0003501547 |
| | Adobe Caslon Alternate Italic : Version 001.000. | TX0003501139 |
| 13 | Adobe Creative Suite 2 Premium for Macintosh. | TX0006131248 |
| | Adobe Creative Suite 2 Premium for Windows. | TX0006131245 |
| 14 | Adobe Creative Suite 2 Standard for Macintosh. | TX0006131247 |
| | Adobe Creative Suite 2 Standard for Windows. | TX0006131246 |
| 15 | Adobe Creative Suite for Macintosh. | TX0005844481 |
| | Adobe Creative Suite for Windows. | TX0005844480 |
| 16 | Adobe Dreamweaver CS3 Professional for Windows and Macintosh | TX0006534561 |
| 17 | Adobe Exchange 2.0 for Windows. | TX0003961129 |
| | Adobe Extension Manager CS3 for Windows and Macintosh. | TX0006531581 |
| 18 | Adobe Fireworks CS3 for Windows and Macintosh. | TX0006531654 |
| | Adobe Flash CS3 Professional for Windows and Macintosh. | TX0006531604 |
| 19 | Adobe Flash CS3 Professional for Windows and Macintosh. | TX0006531604 |
| | Adobe Flash Media Encoder 1.0. | TX0006526716 |
| 20 | Adobe Flash Media Encoder 1.0. | TX0006526716 |
| | Adobe Flash Player 9 for Linux. | TX0006476523 |
| 21 | Adobe Flash Player 9 for Linux. | TX0006476523 |
| | Adobe Flash Player 9 for Solaris. | TX0006457897 |
| 22 | Adobe Illustrator : Version 5.0.1 (Mac). | TX0003846115 |
| 23 | Adobe Illustrator : Version 5.5 (Mac). | TX0003846114 |
| | Adobe Illustrator : Version 6.0 Macintosh. | TX0004240043 |
| 24 | Adobe Illustrator 10 for Macintosh. | TX0005446858 |
| | Adobe Illustrator 10 for Windows. | TX0005446857 |
| 25 | Adobe Illustrator 3.0. | TX0003000202 |
| | Adobe Illustrator 8.0 for Macintosh and Windows. | TX0004953097 |
| 26 | Adobe Illustrator 9.0 for Macintosh and Windows. | TX0005159819 |
| | Adobe Illustrator CS for Macintosh. | TX0005780817 |
| 27 | Adobe Illustrator CS for Windows. | TX0005780806 |
| | Adobe Illustrator CS3 for Windows and Macintosh. | TX0006531603 |
| 28 | | |

Adobe v. Ressler, et al.: [Proposed] Judgment Pursuant to Default   - 8 -

| | | |
|---|---|---|
| 1 | Adobe Illustrator. | TX0003380406 |
| 2 | Adobe PageMaker 6.0 for Macintosh, Power Macintosh. | TX0004093314 |
| | Adobe PageMaker 6.5 Macintosh. | TX0004524555 |
| 3 | Adobe PageMaker 7.0 for Macintosh. | TX0005409447 |
| | Adobe PageMaker 7.0 for Windows. | TX0005409446 |
| 4 | Adobe Pagemaker Plug-in Pack for MacIntosh. | TX0005847834 |
| | Adobe Pagemaker Plug-in Pack for Windows. | TX0005847833 |
| 5 | Adobe Photoshop : 5.5. | TX0005213806 |
| | Adobe Photoshop 6.0. | TX0005196369 |
| 6 | Adobe Photoshop 7.0 for Macintosh. | TX0005562147 |
| | Adobe Photoshop 7.0 for Windows. | TX0005562148 |
| 7 | Adobe Photoshop Album 2.0 for Windows. | TX0005780785 |
| | Adobe Photoshop CS for Macintosh. | TX0005780846 |
| 8 | Adobe Photoshop CS for Windows. | TX0005780847 |
| 9 | Adobe Photoshop CS2 for Macintosh. | TX0006131272 |
| | Adobe Photoshop CS2 Official JavaScript Reference | TX0006273756 |
| 10 | Adobe Photoshop CS3 for Windows and Macintosh. | TX0006528611 |
| | Adobe Photoshop Elements : 4.0 for Macintosh. | TX0006277687 |
| 11 | Adobe Photoshop Elements 1.0 for Macintosh and Windows. | TX0005329106 |
| | Adobe Photoshop Elements 2.0 for Macintosh. | TX0005592639 |
| 12 | Adobe Photoshop Elements 2.0 for Windows. | TX0005592638 |
| 13 | Adobe Photoshop Elements 4.0 for Windows. | TX0006139024 |
| | Adobe Photoshop Lightroom 1.0 for Macintosh and Windows. | TX0006526701 |
| 14 | Adobe Photoshop Macintosh. | TX0003551958 |
| | Adobe Photoshop Version 3.0 Mac. | TX0003971820 |
| 15 | Adobe Photoshop Version 3.0 Windows. | TX0003616850 |
| | Adobe Photoshop Version 5.0 Macintosh and Windows. | TX0004856009 |
| 16 | Adobe Photoshop Windows. | TX0003596143 |
| | Adobe Photoshop. | TX0004068613 |
| 17 | Adobe Photoshop. | TX0003120306 |
| | Adobe Photoshop. | TX0002897138 |
| 18 | Adobetype Manager Deluxe 4.6 User Guide : Macintosh. | TX0005176752 |
| 19 | Adope PhotoDeluxe, V1.0. | TX0004809739 |
| | Adope Photoshop : Version 4.0 : Macintosh and Windows. | TX0004571653 |
| 20 | Authorware 7.0 | TX0005800627 |
| | Contribute 4 (Mac) | TX0006471404 |
| 21 | Designer 6.0 (Win) | TX0005932242 |
| | Encore DVD 2.0 | TX0006277348 |
| 22 | Font Folio 9.0 (Mac) | TX0005401449 |
| 23 | Font Folio Open Type | TX0005845931 |
| | Form Manager 6.0 | TX0006042527 |
| 24 | Framemaker 7.0 (Mac) | TX0005596921 |
| | Framemaker 7.0 (Win) | TX0005596919 |
| 25 | FreeHand MX (Mac) | TX0005746988 |
| | GoLive CS2 (Mac) | TX0006131268 |
| 26 | GoLive CS2 (Win) | TX0006131269 |
| | Illustrator CS2 (Mac) | TX0006131282 |
| 27 | Illustrator CS2 (Win) | TX0006131283 |
| | InCopy CS (Mac) | TX0005780859 |
| 28 | | |

Adobe v. Ressler, et al.: [Proposed] Judgment Pursuant to Default     -4-

| InCopy CS (Win) | TX0005780858 |
|---|---|
| InDesign CS2 (Mac) | TX0006139165 |
| Macintosh Distiller. | TX0003893508 |
| Macintosh PDF Writer. | TX0003893509 |
| Macintosh Reader. | TX0003893511 |
| Macromedia ColdFusion MX 7 | TX0006201577 |
| Macromedia Dreamweaver MX 2004 | TX0005852659 |
| Macromedia Fireworks MX 2004 | TX0005839595 |
| Macromedia Flash Lite 2.0 | TX0006288632 |
| Macromedia Flash Media Server 2 | TX0006335779 |
| Macromedia Flash MX 2004 Pro | TX0005852657 |
| Macromedia RoboHelp HTML X5 | TX0005944534 |
| Macromedia RoboHelp X5 | TX0005944535 |
| Macromedia Shockwave for Authorware Run-time Version 3.5 [for Macintosh, Power Macintosh, Windows 3.1/95/NT] | TX0004695283 |
| Macromedia Shockwave for FreeHand 5.0 (for Macintosh, Power Macintosh, Windows 3.1/95/NT) | TX0004671697 |
| PhotoDeluxe 2.0 (Mac) | TX0004771678 |
| PhotoDeluxe 2.0 (Win) | TX0004617316 |
| Photoshop CS2 (Win) | TX0006131279 |
| Photoshop Elements 5.0 | TX0006389641 |
| Premiere 7.0 | TX0005777909 |
| Premiere Elements 3.0 | TX0006389647 |
| Premiere Pro 1.5 | TX0005931988 |
| Premiere Pro 2.0 | TX0006275628 |
| Production Studio 1.0 | TX0006277349 |
| Shockwave for Director 5.0. | TX0004700912 |
| Windows PDF Writer. | TX0003893507 |

EXHIBIT B
Trademark Registrations

| Registration No.: | Title of Work: | Rights Owner: |
|---|---|---|
| 3029061 | ADOBE | Adobe Systems Incorporated |
| 2920764 | PHOTOSHOP | Adobe Systems Incorporated |
| 3111341 | CREATIVE SUITE | Adobe Systems Incorporated |
| 2993457 | CO-AUTHOR | Adobe Systems Incorporated |
| 3032288 | A | Adobe Systems Incorporated |
| 2983111 | VISUAL COMMUNICATOR | Adobe Systems Incorporated |
| 3065143 | ADOBE LIVECYCLE | Adobe Systems Incorporated |
| 2725811 | ADOBE STUDIO | Adobe Systems Incorporated |
| 2725810 | ADOBE STUDIO | Adobe Systems Incorporated |
| 2722546 | ADOBE STUDIO | Adobe Systems Incorporated |
| 2557911 | CLEARLY ADOBE IMAGING | Adobe Systems Incorporated |
| 2081343 | A | Adobe Systems Incorporated |
| 2817626 | ROUNDTRIP HTML | Adobe Systems Incorporated |
| 2060488 | ILLUSTRATOR | Adobe Systems Incorporated |
| 1988712 | ADOBE | Adobe Systems Incorporated |
| 1988711 | A | Adobe Systems Incorporated |
| 1988710 | A | Adobe Systems Incorporated |
| 1961762 | AUTHORWARE | Adobe Systems Incorporated |
| 1956216 | ADOBE | Adobe Systems Incorporated |
| 1901149 | A ADOBE | Adobe Systems Incorporated |
| 1850242 | PHOTOSHOP | Adobe Systems Incorporated |
| 1852943 | A | Adobe Systems Incorporated |
| 1651380 | ADOBE PHOTOSHOP | Adobe Systems Incorporated |
| 1475793 | ADOBE | Adobe Systems Incorporated |
| 1487549 | ADOBE SYSTEMS INCORPORATED | Adobe Systems Incorporated |

Adobe v. Ressler, et al.: [Proposed] Judgment Pursuant to Default    -14-

| | | |
|---|---|---|
| 1482233 | ADOBE SYSTEMS INCORPORATED | Adobe Systems Incorporated |
| 1486895 | ADOBE | Adobe Systems Incorporated |
| 1479408 | ADOBE ILLUSTRATOR | Adobe Systems Incorporated |
| 1383131 | POSTSCRIPT | Adobe Systems Incorporated |
| 1463458 | POSTSCRIPT | Adobe Systems Incorporated |
| 2520435 | MACROMEDIA FLASH | Adobe Systems Incorporated |
| 2650911 | MACROMEDIA FLASH | Adobe Systems Incorporated |
| 2852245 | FLASH | Adobe Systems Incorporated |
| 2855434 | FLASH | Adobe Systems Incorporated |
| 2060488 | ILLUSTRATOR | Adobe Systems Incorporated |
| 2068523 | ACROBAT | Adobe Systems Incorporated |
| 1997398 | ACROBAT CAPTURE | Adobe Systems Incorporated |
| 1901566 | SHOCKWAVE | Adobe Systems Incorporated |
| 2294926 | DREAMWEAVER | Adobe Systems Incorporated |
| 2091087 | PAGEMAKER | Adobe Systems Incorporated |

Adobe v. Ressler, et al.: [Proposed] Judgment Pursuant to Default     - 12 -