J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

Paul Ressler
1540 Kuser Rd., #A-2
Hamilton, New Jersey 08619

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>              Plaintiff,<br><br>     v.<br><br>Corey C. Ressler, et al.,<br><br>              Defendants. | Case No. CV 08-698 MMC<br><br>[PROPOSED] PARTIAL SATISFACTION OF JUDGMENT AND DISMISSAL WITH PREJUDICE |

The Court, having read and considered the Joint Stipulation for Partial Satisfaction of Judgment and Dismissal with Prejudice that has been executed by Plaintiff Adobe Systems Incorporated ("Plaintiff") and Defendant Paul A. Ressler ("Defendant") in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant Paul A. Ressler it is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., 15 U.S.C. § 1051, *et seq*., 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) Paragraph 1, or, the monetary portion, of the Judgment entered on or about July 21, 2008, a copy of which is attached hereto as Exhibit A (the "Judgment"), is hereby conditionally satisfied as

to Defendant Paul A. Ressler only, and shall only be reinstituted against Defendant Paul A. Ressler should he breach the Parties' Confidential Release and Settlement Agreement.

3) All other components of the Judgment, specifically including but not limited to the injunction shall remain in full force and effect.

4) Except as provided herein, all claims alleged in the First Amended Complaint against Defendant Paul A. Ressler only, are dismissed with prejudice.

5) This Partial Satisfaction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

6) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this conditional Partial Satisfaction and the remaining Judgment.

7) The above-captioned action, shall, upon request by Plaintiff be reopened should Defendant default under the terms of the Parties' Confidential Settlement Agreement.

8) This Court shall retain jurisdiction over the Defendant for the purpose of making further orders necessary or proper for the construction or modification of this Judgment; the enforcement hereof; or the punishment of any violations hereof.

DATED: April 6, 2009

_____
Hon. Maxine M. Chesney
United States District Judge

PRESENTED BY:

J. Andrew Coombs,
A Professional Corporation

By: /s/ Annie S. Wang
   J. Andrew Coombs
   Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

Paul A. Ressler

By: _____
   Paul A. Ressler
Defendant, *in pro se*